# United States District Court

WESTERN DISTRICT OF WASHINGTON

WALTER J. BARBEE,

v.

RON VAN BOEING,

JUDGMENT IN A CIVIL CASE

No. 09-5667RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)  The Court **ADOPTS** the Report and Recommendation (Dkt. 14); and

(2)  Petitioner's writ of habeas corpus (Dkt. 3) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

| May 18, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk